<u>NOT FOR PUBLICATION</u>　　　　　　　　　　　　(Document Nos. 3, 6, 7, 12, 13)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| ALLEN RESTO, | : : : | Civil No. 12-3253 (RBK) |
| Petitioner, | : : |  |
| v. | : : | **OPINION** |
| UNITED STATES OF AMERICA | : : : |  |
| Defendant. | : : |  |

**KUGLER**, United States District Judge:

　　This matter arises out of Allen Resto's ("Petitioner") motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  Currently before the Court are multiple motions: two to amend his original petition (Doc. Nos. 3, 12); one to obtain discovery (Doc. No. 6); and two to obtain Court-appointed counsel (Doc. Nos. 7, 12).  The Court notes that Petitioner has submitted other filings not styled as formal motions but nonetheless evidencing a desire to supplement his habeas petition.  (Doc. Nos. 4, 8, 10, 11).  Given the piecemeal nature of his filings to date, and the need for the Court to have one final document in which to consider all of Petitioner's grounds for relief under 28 U.S.C. § 2255, the Court directs Petitioner to file a revised habeas petition within 60 days.  Until such time that it receives this revised petition, the

1

Court will deny without prejudice Petitioner's remaining motions.  An appropriate order shall issue today.


Dated:   3/22/13                                                            /s/ Robert B. Kugler
                                                                                         ROBERT B. KUGLER
                                                                                         United States District Judge