NOT FOR PUBLICATION (Document Nos. 3, 6, 7, 12, 13)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| ALLEN RESTO, Petitioner, | Civil No. 12-3253 (RBK) |
| v. | **ORDER** |
| UNITED STATES OF AMERICA Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Petitioner's various motions, and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Petitioner's motions to amend his petition under 28 U.S.C. § 2255 (Doc. Nos. 3, 12) are **GRANTED**. Petitioner shall submit to the Court within 60 days his final and consolidated habeas petition, setting forth all bases for relief.

**IT IS HEREBY FURTHER ORDERED** that Petitioner motion to obtain discovery (Doc. No. 6) is **DENIED** without prejudice pending submission of his revised habeas petition.

**IT IS HEREBY FURTHER ORDERED** that Petitioner's motions to appoint counsel (Doc. Nos. 7, 13) are **DENIED** without prejudice pending submission of his revised habeas petition.

Dated: 3/22/13

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge