NOT FOR PUBLICATION                                (Document Nos. 3, 6, 7, 12, 13)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| ALLEN RESTO, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Civil No. 12-3253 (RBK) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Petitioner's various motions, and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Petitioner's motions to amend his petition under 28 U.S.C. § 2255 (Doc. Nos. 3, 12) are **GRANTED**. Petitioner shall submit to the Court within 60 days his final and consolidated habeas petition, setting forth all bases for relief.

**IT IS HEREBY FURTHER ORDERED** that Petitioner motion to obtain discovery (Doc. No. 6) is **DENIED** without prejudice pending submission of his revised habeas petition.

**IT IS HEREBY FURTHER ORDERED** that Petitioner's motions to appoint counsel (Doc. Nos. 7, 13) are **DENIED** without prejudice pending submission of his revised habeas petition.

Dated:  3/22/13                                              /s/ Robert B. Kugler
                                                                                                        ROBERT B. KUGLER
                                                                                                        United States District Judge